UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2015
```

SPV OSUS LTD.,

                Plaintiff,

-against-

UBS AG, UBS (LUXEMBOURG) S.A.,
UBS FUND SERVICES (LUXEMBOURG) S.A.,
UBS THIRD PARTY MANAGEMENT
COMPANY S.A, AIA LLC, ACCESS
INTERNATIONAL ADVISORS EUROPE
LIMITED, ACCESS INTERNATIONAL
ADVISORS LTD. ACCESS PARTNERS
(SUISSE) S.A., ACCESS MANAGEMENT
LEXEMBIURG S.A.; ACCESS PARTNERS S.A.
(LUXEMBOURG), PATRICK LITTAYE,
CLAUFDINE MAGON DE LA VILLEHUCHET
A/K/A CLAUDINE DE LA VILLEHUCHET,
EXECUTRIX, CLAUDINE MAGON DE LA
VILLEHUCHET A/K/A CLAUDINE DE LA
VILLEHUCHET, INDIVIDUALLY, PIERRE
DELANDMETER, AND THEODORE
DUMBAULD,

                Defendants.

------------------------------------------------------------X

15 **CIVIL** 619 (JSR)

**JUDGMENT**

STEPHEN HILL. LEYLA HILL, and PAUL
SHAPIRO,

                Plaintiffs,

-against-

UBS AG, BS (LUXEMBOURG) S.A., UBS
FUND SERVICES (LUXEMBOURG) S.A., and
UBS THIRD PARTY MANAGEMENT
COMPANY S.A.,

                Defendants.

------------------------------------------------------------X

14 **CIVIL** 9744 (JSR)

**JUDGMENT**

      Whereas currently pending before the Court is the UBS Defendants' motion to dismiss both actions, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on July 20, 2015, having rendered its Opinion and Order granting the UBS

Defendant' motion to dismiss for lack of personal jurisdiction, with respect to the Hill Action, No. 14-cv-9744, , and directing the Clerk of the Court to enter final judgment dismissing the complaint with prejudice and to close that case in its entirety, and with respect to the SPV Action, No. 15-cv-619, directing the Clerk of the Court to terminate defendants UBS AG, UBS (Luxembourg) S.A., UBS Fund Services (LUXEMBOURG) S.A. and UBS Third Party Management Company, S.A., it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 21, 2015, the UBS Defendants' motion to dismiss for lack of personal jurisdiction with respect to the Hill Action, No. 14-cv-9744 is granted and the complaint is dismissed with prejudice; accordingly, that case is closed; with respect to the SPV Action, No. 15-cv-619, defendants UBS AG, UBS (Luxembourg) S.A., UBS Fund Services (Luxembourg) S.A, and UBS Third Party Management Company, S.A. are terminated.

**Dated:** New York, New York
July 24, 2015

RUBY J. KRAJICK
Clerk of Court
BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____