NC/807/2015                                          V/réf.:

# ATTESTATION
## CERTIFICATE

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

☒ **1. que la demande a été exécutée\***
   that the document has been served*

| | |
|---|---|
| — le (date) / the (date): | 26.05.2015 |
| — à (localité, rue, numéro):<br>at (place, street, number): | Tribunal civil – Tribunal de première instance<br>Place du Bourg-de-Four 1, Genève |

| — dans une des formes suivantes prévues à l'article 5 :<br>in one of the following methods authorised by Article 5: | |
|---|---|
| ☐ a) | selon les formes légales (article 5, alinéa premier, lettre a)*<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention* |
| ☐ b) | selon la forme particulière suivante*:<br>in accordance with the following particular method*: |
| ☒ c) | par remise simple*<br>by delivery to the addressee, if he accepts it voluntarily* |

Les documents mentionnés dans la demande ont été remis à :
The documents referred to in the request have been delivered to:

| | |
|---|---|
| **Identité et qualité de la personne :**<br>Identity and description of person: | de Moura Antonio |
| **Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :**<br>Relationship to the addressee (family, business or other): | mandataire |

☐ **2. que la demande n'a pas été exécutée, en raison des faits suivants\* :**
   that the document has not been served, by reason of the following facts*:

| |
|---|
| |

☐ Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

**Annexes** / *Annexes*

| | |
|---|---|
| **Pièces renvoyées :**<br>Documents returned: | Double de l'acte |
| **Le cas échéant, les documents justificatifs de l'exécution :**<br>In appropriate cases, documents establishing the service: | Récépissé<br>Procuration<br>Pièce d'identité<br>Extrait RC |

\* s'il y a lieu / if appropriate

| | |
|---|---|
| **Fait à** / Done at Genève,<br><br>**le** / the 10. 06. 2015 | **Signature et / ou cachet**<br>Signature and/or stamp<br><br>[signature and stamp: RÉPUBLIQUE & CANTON DE GENÈVE – TRIBUNAL DE 1ÈRE INSTANCE] |



République et canton de Genève
**POUVOIR JUDICIAIRE**
Tribunal de première instance

Genève, le 20 mai 2015

NC/807/2015 NC NAJ

| | |
|---|---|
| Affaire n° | : **NC/807/2015** |
| Geschäfts-Nr | : **REQUETE** |
| Affare n. | : |
| Case n° | : |
| | à rappeler lors de toute communication |

## RÉCÉPISSÉ – EMPFANGSBESCHEINIGUNG – RICEVUTA
## RECEIP – RECIBO

| | |
|---|---|
| Autorité requérante<br>Ersuchende Behörde<br>Autorita richiedente<br>Issuing Authority<br>Autoridad requeriente | PIERCEALL JOHN<br>Ancillary Legal Corporation<br>74 Goldrush Circle<br>30328 ATLANTA, GA<br>ETATS-UNIS |
| Nature de la procédure<br>Art des Verfahrens<br>Natura della procedura<br>Nature of proceeding<br>Naturaleza del procedimiento | |
| Désignation des actes à notifier<br>Bezeichnung der zuzustellenden Akten<br>Designazione degli atti da notificare<br>Indication of the documents to be served<br>Designación de los autos a notificar | REQUETE |
| Traduction<br>Übersetzung<br>Traduzione<br>Translation<br>Traducción | Traduit uniquement en allemand |
| Nom et domicile du destinataire<br>Name and Wohnort des Empfängers<br>Nome e domicilio del destinatario<br>Name and address of receiver<br>Filiación y dirección del destinatarion | ACCESS PARTNERS (SUISSE) SA<br>c/o INTERVALLE GENEVE SA<br>Rue de Hesse 10<br>1204 Genève |
| Nationalité du destinataire<br>Nationalität des Empfängers<br>Nazionalità del destinatario<br>Nationality of receiver<br>Nacionalidad del destinatario | |
| Date de la notification et signature du destinataire<br>Datum der Zustellung und Unterschrift des Empfängers<br>Data della notifica e firma del destinatario<br>Date of service and signature of receiver<br>Fecha de la notificación y firma del destinatario | 26-05-2015<br>Antonio di Mowra |

TPI_NC_002
Envoi simple

Tribunal de première instance - Tél : (+41 22) 327 66 30 - Fax : (+41 22) 327 68 78
Ouverture du greffe 9h-12h 13h30-16h30

CIE









# ORDRE DES AVOCATS DE GENEVE

## PROCURATION

La personne désignée ci-après : Access Partners (Suisse) SA

donne mandat à Me Philippe Neyroud

avec faculté de substitution, de la représenter aux fins de représenter la société à l'égard des autorités administratives et judiciaires suisses

L'avocat aura les pouvoirs les plus étendus pour faire tout ce qu'il jugera nécessaire ou simplement utile à l'accomplissement du mandat.

Plus spécialement, en application de l'article 396 alinéa 3 du Code des obligations, l'avocat pourra :

- représenter le client devant toute juridiction, autorité, administration, tout tribunal arbitral, toute assurance, banque, institution suisse ou étrangère, assemblée officielle ou privée et envers toute tierce personne.

- signer tous actes, y compris en la forme authentique, documents, réquisitions au nom du client.

- intenter un procès, proroger toutes compétences, conclure toutes conventions d'arbitrage, faire tout ce qui est nécessaire à l'instruction d'une procédure jusqu'au jugement définitif.

- transiger, se désister ou acquiescer en tout ou partie.

- recevoir toutes espèces, valeurs, tous papiers-valeurs et autres objets, y compris litigieux, et en disposer, effectuer et recevoir tous paiements.

Le décès, la déclaration d'absence, l'incapacité ou la faillite du client ne mettront pas fin à la présente procuration.

Le client s'engage à verser à l'avocat toutes provisions nécessaires à l'exécution du mandat. Il s'oblige à rembourser tous frais, débours ou avances qui auraient été engagés par l'avocat, ainsi qu'à acquitter ses honoraires.

Pour tous litiges qui résulteraient du présent mandat, le client et l'avocat déclarent accepter expressément la compétence des Tribunaux genevois et l'application du droit suisse.

Ainsi fait à                  le  02/07/2012.

Le client :                                      L'avocat :



http://rc.ge.ch

**Extrait avec radiations**

EXTRAIT INTERNET

| | |
|---|---|
| No réf. | 02289/2013 |
| N° féd. | CH-660.1.200.007-4 |
| IDE | CHE-113.640.971 |

## Access Partners (Suisse) SA, en liquidation
inscrite le 06 février 2013
Société anonyme

| Réf. | Raison Sociale |
|---|---|
| 0 | ~~Access Partners (Suisse) SA~~ |
| 1 | Access Partners (Suisse) SA, en liquidation |

| | Siège |
|---|---|
| 0 | ~~(précédemment à : Zug)~~ |
| 1 | Genève |

| | Adresse |
|---|---|
| 1 | rue de Hesse 10, c/o Intervalle Genève SA, 1204 Genève |

| | Dates des Statuts | | |
|---|---|---|---|
| 0 | 14.05.2007 (stat. origin.) | 1 | 01.02.2013 (nouv. stat.) |

| | But, Observations |
|---|---|
| 1 | But:<br>gestion de patrimoine, représentation de fonds de placement, conseil en placements et en investissements (cf. statuts pour but complet) |
| 2 | L'identification sous le numéro CH-660-1200007-4 est remplacée par le numéro d'identification des entreprises (IDE/UID) CHE-113.640.971. |

| | Organe de publication |
|---|---|
| 0 | Feuille Officielle Suisse du Commerce |
| 1 | Communication aux actionnaires: lettre recommandée |

| Réf. | Capital-actions | | |
|---|---|---|---|
| | Nominal | Libéré | Actions |
| 0 | CHF 100'000 | CHF 100'000 | 100 actions de CHF 1'000, nominatives |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Inscr | Mod | Rad. | Nom et Prénoms, Origine, Domicile | Fonctions | Mode Signature |
| 0 | | 1 | ~~Littaye Patrick, de France, à Bruxelles, B~~ | ~~directeur~~ | ~~signature individuelle~~ |
| 0 | | 1 | ~~Magnon de La Villehuchet Thierry, des USA, à New-York, USA~~ | ~~directeur~~ | ~~signature individuelle~~ |
| 0 | | | Constantin Suisse SA (CH-660.0.623.001-8), à Genève | organe de révision | |
| 1 | | | Tripet Marc Hubert, de Chézard-Saint-Martin, à Genève | liquidateur | signature individuelle |

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | Numéro | Date | Date | Page/Id | | Numéro | Date | Date | Page/Id |
| 0 | | | 19.10.2012 | 0 | 1 | 2289 | 06.02.2013 | 11.02.2013 | 0/7058282 |
| 2 | | Complément | 19.12.2013 | 0/7225832 | | | | | |

Genève, le 18 mai 2015

*Fin de l'extrait*

**Seul un extrait certifié conforme, signé et muni du sceau du registre, a une valeur légale.**