# AFFIDAVIT OF SERVICE

**State of New York**         **County of New York**         **Supreme Court**

Index Number: 162262/2014
Date Filed: _____

Plaintiff:
**SPV OSUS LTD.**
vs.
Defendant:
**UBS AG, et al.**

For: Paul Yetter
     Yetter Coleman LLP

Received by Ancillary Legal Corporation on the 29th day of July, 2015 at 7:41 am to be served on **Access International Advisors, LLC co New York Department of State, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231.** I, _WILLIAM B. LACHANSKI JR_ being duly sworn, depose and say that on the _31ST_ day of _JULY_, 20_15_ at _4:10 P_.m., executed service by delivering a true copy of the **Summons, Complaint, Service of Process/Notice of Claim Cover Sheet, and Department of State Current Status Information Page Regarding Access International Advisors, LLC** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____
of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(X) CORPORATE SERVICE: By serving _Demo- Sue Zouckey_ as _NEW YORK STATE SECRETARY OF STATE LAWFUL ATTORNEY TO ACCEPT SERVICE FOR ACCESS INTERNATIONAL ADVISORS, LLC PURSUANT TO SEC 303 NEW YORK STATE LIMITED LIABILITY COMPANY LAW_

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _SECRETARY OF STATE DEMO - SUE ZOUCKEY IS DESCRIBED AS A WHITE FEMALE, APPROX. 50-52 YRS OF AGE, 5'-4", ~110 #, WITH GRAY HAIR_

**AFFIDAVIT OF SERVICE for 162262/2014**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 31st day of July, 2015 by the affiant who is personally known to me.

_Joan M. Lachanski_
NOTARY PUBLIC

JOAN M. LACHANSKI
NOTARY PUBLIC / STATE OF NEW YORK
REGISTRATION # 01LA4951815
RESIDING IN THE COUNTY OF ALBANY
COMMISSION EXPIRES 6/05/2019

_William B. Pochanski Jr._
PROCESS SERVER # N/A
Appointed in accordance with State Statutes

**Ancillary Legal Corporation**
**74 Goldrush Circle Ne**
**Atlanta, GA 30328**
**(404) 459-8006**

Our Job Serial Number: 2015002646

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4i