# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☒ **1. that the document has been served***
  que la demande a été exécutée*

| | |
|---|---|
| — the (date) / le (date): | 22nd of JUNE 2015 |
| — at (place, street, number): à (localité, rue, numéro) : | BELGIUM B-1180 UCCLE, chaussée de Saint-Job 777 |

— in one of the following methods authorised by Article 5:
  dans une des formes suivantes prévues à l'article 5 :

☒ a) **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention***
  selon les formes légales (article 5, alinéa premier, lettre *a)**

☒ b) **in accordance with the following particular method*:**
  selon la forme particulière suivante* :
  notified according to ART 38 Belgian Judicial Code by deposit in the mailbox followed by a letter signaling the notification

☐ c) **by delivery to the addressee, if he accepts it voluntarily***
  par remise simple*

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:** Identité et qualité de la personne : | ——— |
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | ——— |

☐ **2. that the document has not been served, by reason of the following facts*:**
  que la demande n'a pas été exécutée, en raison des faits suivants*:

———

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Annexes** / *Annexes*

| | |
|---|---|
| **Documents returned:** Pièces renvoyées : | notification to Littaye Patrick |
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : | ——— |

* if appropriate / s'il y a lieu

**Done at** / Fait à 1210 Brussels Belgium,
**The** / le JUNE 22nd 2015

**Signature and/or stamp**
Signature et / ou cachet

Bernard BUYSE - Ann BORREMANS
*judicial officers*
place Saint-Josse 1
B-1210 BRUSSELS(BELGIUM)
☎ 00 32 (2)230.18.11  00 32 (2) 230.92.11
bernard.buyse@skynet.be

# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

1) that the document has been served

. the (date) 22/6/2015

. at (place, street, number) ch. de Saint. Job 777
1180 UCCLE

. in one of the following methods authorised by Article 5:

( ) (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention.*

(X) (b) in accordance with the following particular method:*
ART. 38 §1. C. Jud.

( ) (c) by delivery to the addressee, who accepted it voluntarily.*

The documents referred to in the request have been delivered to:

. (identity and description of person) (LITTAYE PATRICK)

. relationship to the addressee (family, business or other):

2) that the document has not been served, by reason of the following facts:

In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.

--ANNEXES--Documents returned:

In appropriate cases, documents establishing the service:

Done at BXL   the 22/6/2015

Signature and/or stamp