SUPREME COURT OF THE STATE OF NEW YORK
County of New York



AFFIDAVIT OF SERVICE

Index no : 162262/2014

SPV Osus LTD.

       Plaintiff(s),

vs.

UBS AG, UBS (Luxembourg) S.A., et al

       Defendant(s).
_____/

STATE OF CONNECTICUT
                    ss: East Hartford
HARTFORD COUNTY

**Eric Rubin**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **05/16/2015** at **4:00 PM**, I served the within **Summons and Complaint** on **Theodrore Dumbauld** at **20 Oenoke La, New Canaan, CT 06840** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of each to **Carly Dumbauld, Daughter,** a person of suitable age and discretion. Said premises is recipient's usual place of abode within the state.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Brown | 25 | 5'5" | 120 |
| Other Features: | | | | | |

Your deponent asked the person spoken to whether the Recipient was in the active military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, Recipient is not in the military service.

Sworn to and subscribed before me on
May 19, 2015
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC
My Commission Expires: 08/31/2019

X_____
Eric Rubin
Ancillary Legal Corporation
74 Goldrush Circle NE
Atlanta, GA 30328
404-459-8006
Atty File#: