**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022
T: (212) 940-8800
F: (212) 940-8776

*Attorneys for Defendants AIA LLC, Access International Advisors Ltd., Access Partners (Suisse) S.A., Access Management Luxembourg S.A., Access Partners S.A. (Luxembourg), and Patrick Littaye*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SPV OSUS LTD., <br>                              Plaintiff, <br> v. <br> UBS AG, UBS (LUXEMBOURG) S.A., UBS FUND SERVICES (LUXEMBOURG) S.A., UBS THIRD PARTY MANAGEMENT COMPANY S.A., AIA LLC, ACCESS INTERNATIONAL ADVISORS EUROPE LIMITED, ACCESS INTERNATIONAL ADVISORS LTD., ACCESS PARTNERS (SUISSE) S.A., ACCESS MANAGEMENT LUXEMBOURG S.A., ACCESS PARTNERS S.A. (LUXEMBOURG), PATRICK LITTAYE, CLAUDINE MAGON DE LA VILLEHUCHET A/K/A CLAUDINE DE LA VILLEHUCHET, EXECUTRIX, CLAUDINE MAGON DE LA VILLEHUCHET A/K/A CLAUDINE DE LA VILLEHUCHET, INDIVIDUALLY, PIERRE DELANDMETER, AND THEODORE DUMBAULD, <br>                              Defendants. | Civ. No. 15-00619 (JSR) |

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated September 4, 2015, and the Declaration of Patrick Littaye, dated September 4, 2015, and the exhibits attached thereto, Defendants Access International Advisors LLC, Access International Advisors Ltd., Access Partners, (Suisse) S.A., Access Management Luxembourg S.A., Access

Partners S.A. (Luxembourg), and Patrick Littaye (collectively, the "Access Defendants") will move this Court on October 6, 2015, at 4:00 p.m., at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 14B, New York, New York, before the Honorable Jed. S. Rakoff, United States District Judge, for an Order, pursuant to Federal Rules of Civil Procedure 8, 9(b), 12(b)(2), and 12(b)(6), and the Securities Litigation Uniform Standards Act, 15 U.S.C. § 78bb(f)(1)(A), dismissing with prejudice the Complaint of plaintiff SPV OSUS Ltd., and for such other relief that the Court may deem just and proper (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that in accordance with the schedule set by the Court, plaintiff SPV OSUS Ltd. shall file its opposition to the Motion, if any, by September 18, 2015, and the Access Defendants shall file and serve their reply papers by September 25, 2015.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled oral argument for October 6, 2015 at 4:00 p.m.

Dated: September 4, 2015
       New York, New York

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By:    s/ Anthony L. Paccione

Anthony L. Paccione
anthony.paccione@kattenlaw.com
Brian L. Muldrew
brian.muldrew@kattenlaw.com

575 Madison Avenue
New York, New York 10022
(212) 940-8800 (p)
(212) 940-8776 (f)

*Attorneys for Access Defendants*

TO: R. Paul Yetter, Esq.
Collin J. Cox, Esq.
James E. Zucker, Esq.
Autry W. Ross, Esq.
YETTER COLEMAN LLP
909 Fannin, Suite 3600
Houston, Texas 77010
Telephone:    713.632.8000
Facsimile:    713.632.8002

Matthew Charles Heerde, Esq.
LAW OFFICE OF MATTHEW C. HEERDE
222 Broadway, 19th Floor
New York, New York 10038
Telephone:    347.460.3588
Facsimile:    347.535.3588

*Attorneys for Plaintiff SPV OSUS Ltd.*