**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022
T: (212) 940-8800
F: (212) 940-8776

*Attorneys for Defendants AIA LLC, Access International Advisors Ltd., Access Partners (Suisse) S.A., Access Management Luxembourg S.A., Access Partners S.A. (Luxembourg), and Patrick Littaye*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPV OSUS LTD., <br>                      Plaintiff, <br>       v. <br> UBS AG, UBS (LUXEMBOURG) S.A., UBS FUND SERVICES (LUXEMBOURG) S.A., UBS THIRD PARTY MANAGEMENT COMPANY S.A., AIA LLC, ACCESS INTERNATIONAL ADVISORS EUROPE LIMITED, ACCESS INTERNATIONAL ADVISORS LTD., ACCESS PARTNERS (SUISSE) S.A., ACCESS MANAGEMENT LUXEMBOURG S.A., ACCESS PARTNERS S.A. (LUXEMBOURG), PATRICK LITTAYE, CLAUDINE MAGON DE LA VILLEHUCHET A/K/A CLAUDINE DE LA VILLEHUCHET, EXECUTRIX, CLAUDINE MAGON DE LA VILLEHUCHET A/K/A CLAUDINE DE LA VILLEHUCHET, INDIVIDUALLY, PIERRE DELANDMETER, AND THEODORE DUMBAULD, <br>                      Defendants. | Civ. No. 15-00619 (JSR) |

## RULE 7.1 DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel certifies that:

**Access International Advisors Ltd.**

Access International Advisors Ltd. has two corporate parents, Dalestrong Ltd. and Access International Advisors, Inc. No publicly held corporation owns 10% or more of the stock of Access International Advisors Ltd.

Dated: September 4, 2015
       New York, New York

                                Respectfully submitted,

                                **KATTEN MUCHIN ROSENMAN LLP**

                                By:     s/ Anthony L. Paccione

Anthony L. Paccione
anthony.paccione@kattenlaw.com
Brian L. Muldrew
brian.muldrew@kattenlaw.com

575 Madison Avenue
New York, New York 10022
(212) 940-8800 (p)
(212) 940-8776 (f)

*Attorneys for Defendants*