**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022
T: (212) 940-8800
F: (212) 940-8776

*Attorneys for Defendants AIA LLC, Access International Advisors Ltd., Access Partners (Suisse) S.A., Access Management Luxembourg S.A., Access Partners S.A. (Luxembourg), and Patrick Littaye*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPV OSUS LTD., <br>       Plaintiff, <br>    v. <br> UBS AG, UBS (LUXEMBOURG) S.A., UBS FUND SERVICES (LUXEMBOURG) S.A., UBS THIRD PARTY MANAGEMENT COMPANY S.A., AIA LLC, ACCESS INTERNATIONAL ADVISORS EUROPE LIMITED, ACCESS INTERNATIONAL ADVISORS LTD., ACCESS PARTNERS (SUISSE) S.A., ACCESS MANAGEMENT LUXEMBOURG S.A., ACCESS PARTNERS S.A. (LUXEMBOURG), PATRICK LITTAYE, CLAUDINE MAGON DE LA VILLEHUCHET A/K/A CLAUDINE DE LA VILLEHUCHET, EXECUTRIX, CLAUDINE MAGON DE LA VILLEHUCHET A/K/A CLAUDINE DE LA VILLEHUCHET, INDIVIDUALLY, PIERRE DELANDMETER, AND THEODORE DUMBAULD, <br>       Defendants. | Civ. No. 15-00619 (JSR) |

## RULE 7.1 DISCLOSURE STATEMENT

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel certifies that:

**Access Partners (Suisse) S.A.**

Access Partners (Suisse) S.A. has one corporate parent, Access Participation (Luxembourg).  No publicly held corporation owns 10% or more of its stock.

Dated: September 4, 2015
New York, New York

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By:   s/ Anthony L. Paccione

Anthony L. Paccione
anthony.paccione@kattenlaw.com
Brian L. Muldrew
brian.muldrew@kattenlaw.com

575 Madison Avenue
New York, New York 10022
(212) 940-8800 (p)
(212) 940-8776 (f)

*Attorneys for Defendants*