IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPV OSUS LTD., <br><br> Plaintiff <br><br> v. <br><br> UBS AG, UBS (LUXEMBOURG) S.A., UBS FUND SERVICES (LUXEMBOURG) S.A., UBS THIRD PARTY MANAGEMENT COMPANY S.A., AIA LLC, ACCESS INTERNATIONAL ADVISORS EUROPE LIMITED, ACCESS INTERNATIONAL ADVISORS LTD., ACCESS PARTNERS (SUISSE) S.A., ACCESS MANAGEMENT LUXEMBOURG S.A., ACCESS PARTNERS S.A. (LUXEMBOURG), PATRICK LITTAYE, CLAUDINE MAGON DE LA VILLEHUCHET A/K/A CLAUDINE DE LA VILLEHUCHET, EXECUTRIX, CLAUDINE MAGON DE LA VILLEHUCHET A/K/A CLAUDINE DE LA VILLEHUCHET, INDIVIDUALLY, PIERRE DELANDMETER, AND THEODORE DUMBAULD, <br><br> Defendants. | 15-cv-00619 (JSR) <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** <br><br>  |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff SPV OSUS Ltd., by and through its counsel(s), herby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants Claudine Magon de la Villehuchet a/k/a/ Claudine de la Villehuchet, Executrix; Claudine Magon de la Villehuchet a/k/a Claudine de la Villehuchet, Individually; and Pierre Delandmeter.

Dated: September 1, 2015.        Respectfully submitted,

                                /s/ Collin J. Cox
R. Paul Yetter
Collin J. Cox
James E. Zucker
Autry W. Ross
Elizabeth A. Wyman
YETTER COLEMAN LLP
909 Fannin, Suite 3600
Houston, Texas 77010
[Tel.] (713) 632-8000
[Fax] (713) 632-8002

Matthew C. Heerde
LAW OFFICE OF MATTHEW C. HEERDE
222 Broadway 19th Floor
New York, New York 10038
[Tel.] 347-460-3588
[Fax] 347-535-3588

ATTORNEYS FOR PLAINTIFF SPV OSUS LTD.

SO ORDERED:

U.S.D.J.   9-6-15

2