**MANDATE**

N.Y.S.D. Case #
15-cv-0619(JSR)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of February, two thousand and eighteen.

Before:  Guido Calabresi,
          Rosemary S. Pooler,
               *Circuit Judges,*
          Edgardo Ramos,
               *District Judge.**

_____

SPV Osus Ltd.,

     Plaintiff - Appellant,

v.

UBS AG, UBS (Luxembourg) S.A., UBS Fund Services (Luxembourg) S.A., UBS Third Party Management Company S.A., AIA LLC, Access Partners (Suisse) S.A., Access Management Luxembourg S.A., Access Partners S.A. (Luxembourg), Patrick Littaye, Access International Advisors Ltd., Theodore Dumbauld,

     Defendants - Appellees.

_____

**JUDGMENT**
Docket No. 16-2173

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:** _____
**DATE FILED:** March 12, 2018

    The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.   Upon consideration thereof,

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

_____
* Judge Edgardo Ramos, of the United States District Court for the Southern District of New York, sitting by designation.

**MANDATE ISSUED ON 03/12/2018**